UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE d'SANT ANGELO,<br><br>        Plaintiff,<br><br>    v.<br><br>GUILLERMO GARCIA, warden; et al.,<br><br>        Defendants.<br>_____ / | No. C 13-646 SI (pr)<br><br>**ORDER EXTENDING DEADLINE** |

       This action was opened when the court received from plaintiff a letter discussing prison conditions. The court sent her a form complaint to fill out, and she then requested an extension of time to file the form complaint. Plaintiff's request for an extension of time to file a complaint is GRANTED. (Docket # 5.) Plaintiff must file her complaint no later than **April 26, 2013**. Failure to file the complaint will result in the dismissal of this action.

       One of the reasons plaintiff wanted an extension of time was to obtain inmate appeal forms that she claimed to need to attach to her complaint. Although an inmate must complete the administrative appeal process before filing an action, there is no requirement that she file with her complaint a copy of the inmate appeal documents to prove that she has done so.

       IT IS SO ORDERED.

Dated: March 28, 2013

                                                        _____
                                                              SUSAN ILLSTON
                                                   United States District Judge